UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JASON S. MARTINEZ,                )        CASE NO. CV 12-9052-DMG (PJW)
                                  )
            Petitioner,           )
                                  )        J U D G M E N T
       v.                         )
                                  )
G.D. LEWIS, Warden,               )
                                  )
            Respondent.           )
_____   )

     Pursuant to the Order Accepting Findings, Conclusions, and
Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is denied and this action is
dismissed with prejudice.

DATED:  October 8, 2013



                                   _____
                                   DOLLY M. GEE
                                   UNITED STATES DISTRICT JUDGE




C:\Temp\notesE1EF34\LA12CV09052DMG(PJW)_Martinez_Judgment.wpd